# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LOPERA-OCHOA,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>    Respondent. | No. CV 11-7084-DDP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: June 5, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE